NOT FOR PUBLICATION

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| JAMILA RUSSELL and LAURITZ THOMPSON III, <br><br> Plaintiffs, <br> v. <br><br> SUPERIOR COURT MARSHAL CHRISTOPHER RICHARDSON, IN HIS INIDIVIDUAL AND OFFICIAL CAPACITY; GOVERNMENT OF THE VIRGIN ISLANDS; and SUPERIOR COURT OF THE VIRGIN ISLANDS, <br><br> Defendants. | 1:15-cv-00049 <br><br> **ORDER** |

THOMPSON, U.S.D.J.[1]

For the reasons stated in this Court's Opinion on this same day as well as the reasons stated on the record on May 3, 2017,

IT IS on this 16th day of May, 2017,

ORDERED that Defendant Richardson and Defendant Government of the Virgin Islands' motions (ECF Nos. 31, 88) are DENIED;

and it is further ORDERED that Defendant Superior Court of the Virgin Islands' motion (ECF No. 32) is GRANTED IN PART and DENIED IN PART such that Counts III and IV of the First Amended Complaint (ECF No. 22) are DISMISSED.

                                                      */s/ Anne E. Thompson*
                                                 ANNE E. THOMPSON, U.S.D.J.

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.