NOT FOR PUBLICATION

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| JAMILA RUSSELL and LAURITZ THOMPSON III, <br><br> Plaintiffs, <br> v. <br><br> SUPERIOR COURT MARSHAL CHRISTOPHER RICHARDSON, IN HIS INIDIVIDUAL AND OFFICIAL CAPACITY; GOVERNMENT OF THE VIRGIN ISLANDS; and SUPERIOR COURT OF THE VIRGIN ISLANDS, <br><br> Defendants. | 1:15-cv-00049 <br><br> **ORDER** |

THOMPSON, U.S.D.J.[1]

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 5th day of July, 2017,

ORDERED that Defendant Richardson and Defendant Superior Court's Motion to Stay (ECF No. 120) is DENIED; and it is further

ORDERED that Defendant Richardson and Defendant Superior Court's Motion for Expedited Consideration (ECF No. 123) is DISMISSED AS MOOT; and it is further

ORDERED that the previous scheduling order entered by the Court (ECF No. 109) is MODIFIED as set forth herein; and it is further

ORDERED that discovery shall proceed solely on the issue of whether qualified immunity applies to Defendant Richardson's alleged actions, and such discovery shall be completed by September 15, 2017; and it is further

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

ORDERED that all other dates contained in the Court's previous scheduling order (ECF No. 109) are vacated; and it is further

ORDERED that within ten days of the close of discovery on the issue of whether qualified immunity applies to Defendant Richardson's alleged actions, the parties shall provide a written status update to this Court.

>*/s/ Anne E. Thompson*
>ANNE E. THOMPSON, U.S.D.J.